**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

PATRICIA ANN SMITH                                                                PLAINTIFF

V.                                    NO. 3:12CV00070-JTR

MICHAEL J. ASTRUE,                                                              DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED THIS 30th DAY OF October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE